AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Willie Dale SPANN | ) | |
| | ) | |
| | ) | 3:26-mj-264 |

*Defendant(s)*

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____June 11, 2026_____ in the county of _____Montgomery_____ in the
_____Southern_____ District of _____Ohio_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §841(a)(1) | Possession with Intent to Distribute Cocaine |
| 21 U.S.C.§846 | Conspiracy with Intent to Distribute Cocaine |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Janna Penfield*
*Complainant's signature*

Janna Penfield
*Printed name and title*

Sworn to before me and signed in my presence via telephone.

Date: 6/12/26

City and state: _____DAYTON, OHIO_____

*Judge's signature*

PETER B. SILVAIN, JR., U.S. MAGISTRATE JUDGE
*Printed name and title*

**AFFIDAVIT**

Your Affiant, Janna Penfield, deposes and states:

1.        I am a Special Agent ("SA") with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), United States Department of Justice, and has been so employed since August 2018.  Prior to becoming a Special Agent with ATF, I was a United States Probation Officer with the United States Probation Department through the Southern District of Ohio from October 2014 through January 2018. Additionally, from August 2007 through October 2014, I was a Parole Officer through the State of Ohio, which included a special assignment position with the United States Marshal Service as a Task Force Officer on the Southern Ohio Fugitive Apprehension Strike Team. I have completed the Federal Criminal Investigator Training Program and the ATF Special Agent Basic Training at the Federal Law Enforcement Training Center in Glynco, Georgia. I have also completed the Initial Pretrial and Probation Training Program at the Federal Law Enforcement Training Center in Charleston, South Carolina, and the State of Ohio Parole Academy in Columbus, Ohio. In addition to the firearms, arson, and explosives-related training received in these courses, I have also conducted and participated in numerous investigations involving firearms, firearms trafficking, and narcotics. Further, I have conducted investigations utilizing cellular telephone data, including but not limited to precision locates, cell-site activation information as well as reviewing call detail information.

2.        I submit this affidavit in support of a criminal complaint and arrest warrant against Willie SPANN for a violation of: Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) (knowing and intentional possession with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance) and Title 21, United States

1

Code, Section 846 (conspiracy to possess with intent to distribute cocaine, a schedule II controlled substance).

3.     I have personally participated in the investigation set forth below. I am familiar with the facts and circumstances of the investigation through my personal participation, from discussions with other Agents of the ATF and other law enforcement agencies, and from my review of records and reports relating to the investigation. Unless otherwise noted, wherever in this Affidavit I assert that a statement was made, the information was provided by another special agent, law enforcement officer or witness who may have had either direct or hearsay knowledge of that statement and to whom I or others have spoken or whose reports I have read and reviewed. Since this Affidavit is being submitted for the limited purpose of securing a complaint and arrest warrant, I have not included details of every aspect of the investigation.

## ESTABLISHING PROBABLE CAUSE

4.     On June 9, 2026, a federal arrest warrant for Raymond GARVIN was issued through the United States District Court for the Southern District of Ohio, Docket Number 3:26CR52(2), for a violation of 21 United States Code Sections 846 and 841(b)(1)(C) (Conspiracy to Possess With Intent to Distribute Cocaine); and three (3) counts of 21 United States Code Sections 841(a)(1) and (b)(1)(C) (Possession With Intent to Distribute Cocaine).

5.     Based upon the active federal arrest warrant for GARVIN, on June 11, 2026, an ATF Undercover Agent (UCA) placed multiple controlled calls to Robert EVERHART and Raymond GARVIN. At approximately 11:34 AM, ATF UCA called EVERHART, utilizing telephone number 937-250-9053. During this call, UCA discussions were had with EVERHART regarding EVERHART's supplier. EVERHART admitted to the UCA that GARVIN was his

2

cocaine supplier. Therefore, the UCA placed an order to purchase approximately four (4) ounces of cocaine from "Mike" (GARVIN) through EVERHART.

6.        Shortly after, UCA received a telephone call from telephone number 937-559-6149 and the caller identified himself as "Mike". The UCA arranged the purchase of four (4) ounces of cocaine and agreed to meet at the same locations where previous transactions occurred between the UCA, EVERHART, and GARVIN. During another phone call between UCA and GARVIN, there was mention of another unidentified male who could be GARVIN's cocaine supplier and that this individual could be present for the controlled purchase. Lastly, the UCA placed a call to GARVIN indicating the UCA was pulling into the area of the agreed upon meet location and described the vehicle the UCA would be in. GARVIN explained that he (GARVIN) was doing the controlled purchase for EVERHART because he (EVERHART) was spending time with family. the Dayton Police Department (DPD) Strategic Response Unit (SRU) Officers observed GARVIN and the unidentified male, GARVIN's supplier, exit the apartment building marked 72 Central Avenue, Dayton, Ohio.

7.        While this controlled purchase was being set up and around the time the UCA advised he/she was arriving in the area, DPD SRU Officers pulled into the area to affect the federal arrest warrant for GARVIN. At that time, DPD SRU Officers made contact with GARVIN and the other male mentioned above (later identified to be Willie SPANN). While some of the DPD SRU Officers were arresting GARVIN, SPANN took off running from Officers and dropped/tossed a plastic baggie in the bush while running away. DPD SRU Officers were eventually able to take SPANN into custody despite SPANN initially fighting with them. DPD SRU Officers recovered the bag of the suspected cocaine from the bush where SPANN dropped/tossed the plastic baggie. Upon searching GARVIN pursuant to his arrest, Officers did

3

not find any cocaine. After SPANN was booked into the Montgomery County Jail, DPD SRU Officers transferred the suspected cocaine to ATF. On June 12, 2026, I conducted a field test of the suspected cocaine, which showed a presumptive results positive test for Cocaine HCL.

8.      Based upon the above-listed facts and circumstances, I believe and assert that there is probable cause to believe that on or about June 11, 2026, Willie SPANN did knowingly and intentionally possess with intent to distribute cocaine, in violation of Title 18, United States Code, Section 841(a)(1) and did conspire with others to knowingly and intentionally possess with intent to distribute cocaine, in violation of Title 18, United States Code, Section 846.

9.      The above violation was committed in the Southern District of Ohio.  I request that an arrest warrant be issued for Willie SPANN.

*Janna Penfield*

Janna Penfield, Special Agent
Bureau of Alcohol, Tobacco, Firearms and
Explosives


This Affidavit was sworn to by the Affiant by telephone after a PDF was transmitted by email, per Crim R. 3, 4(d), and 4.1 on this 12th day of June 2026.

United States Magistrate Judge
Southern District of Ohio

4